

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-14-2012

# Jewish Home of Eastern PA v. Centers for Medicare and Medic

Precedential or Non-Precedential: Precedential

Docket No. 09-3006

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Jewish Home of Eastern PA v. Centers for Medicare and Medic" (2012). *2012 Decisions.* Paper 495.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/495

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

JEWISH HOME OF EASTERN PENNSYLVANIA,

Petitioner

v.

CENTERS FOR MEDICARE AND MEDICAID SERVICES;
DEPARTMENT OF HEALTH AND HUMAN SERVICES,
Respondents
_____

On Petition for Review from on Order by the Secretary
of the Department of Health and Human Services
(No. 09-42)

Submitted January 27, 2011

Before: FUENTES, CHAGARES, and ROTH, Circuit Judges.


_____

ORDER
_____

On the Court's own motion, this Court's mandate issued on June 16, 2011 is
hereby RECALLED. The parties' motions to publish, filed on August 31, 2011 and
February 8, 2012, are hereby GRANTED, and this Court's not precedential opinion, filed
February 11, 2011, is hereby VACATED. An amended precedential opinion shall be
filed forthwith. The Clerk is directed to issue the mandate upon the filing of the amended
precedential opinion.

                                        /s/ Michael A. Chagares
                                        Circuit Judge

DATED: August 14, 2012
trg/cc:    Christopher S. Lucas, Esq.
           Alan C. Horowitz, Esq.